STATE OF MINNESOTA

IN SUPREME COURT

A13-0435

OFFICE OF
APPELLATE COURTS

JAN 05 2015

FILED

In re Petition for Disciplinary Action against
Tedman John Heim, a Minnesota Attorney,
Registration No. 286047.

ORDER

The Director of the Office of Lawyers Professional Responsibility filed a petition and supplementary petition for disciplinary action against respondent Tedman John Heim. The case was referred to a referee. Following a hearing, the referee concluded that respondent committed multiple acts of misconduct, namely, misappropriation of client funds, forgery of a client's signature on a settlement check, engaging in a pattern of false statements to his client and his law partner to conceal the misappropriation, submission of misleading documents to a court and opposing counsel, failure to deposit client funds into a trust account, failure to keep required trust account books and records, making unauthorized personal charges on his law firm's business credit card, and being convicted of a felony charge of check forgery/falsely endorsing a check, in violation of Minn. R. Prof. Conduct 1.4(a), 1.15(a), 1.15(c)(3), 1.15(c)(4), 1.15(h), 3.3(a), 4.1, 8.4(b), 8.4(c), and 8.4(d). The referee recommended that the court disbar respondent.

The Director and respondent entered into a stipulation in which they agree that the referee's findings and conclusions are conclusive and waive their rights under Rule 14(g),

1

Rules on Lawyers Professional Responsibility (RLPR). The parties jointly recommend that the appropriate discipline is disbarment.

The court independently reviewed the file and approves the jointly recommended disposition.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1.      Respondent Tedman John Heim is disbarred;

2.      Respondent shall comply with Rule 26, RLPR (requiring notice of disbarment to clients, opposing counsel, and tribunals); and

3.      Respondent shall pay $900 in costs and $1,222 as disbursements pursuant to Rule 24, RLPR.

Dated: January 5, 2015

BY THE COURT:

_____
Alan C. Page
Associate Justice

2